AGRO DUTCH INDUSTRIES, LTD., Plaintiff, v. UNITED STATES, Defendant, and COALITION FOR FAIR MUSHROOM TRADE, Defendant-Intervenor.

Court No. 04–00493

## FINAL JUDGMENT

MUSGRAVE, Senior Judge: *Agro Dutch Industries Ltd. v. United States*, 508 F.3d 1024 (Fed. Cir. 2007) having reversed the judgment of this court sustaining the duty absorption inquiry with respect to the plaintiff and encompassed by *Certain Preserved Mushrooms From India: Final Results of Antidumping Duty Administrative Review*, 69 Fed. Reg. 51630 (Aug. 20, 2004), as amended 69 Fed. Reg. 55405 (Sep. 14, 2004), and the appellate court having remanded the matter with instruction to order Commerce to annul all duty absorption findings and conclusions encompassed thereby, now, therefore, to conform the judgment to the mandate of the appellate court, it is hereby

**ORDERED,** that Commerce shall annul all duty absorption findings and conclusions with respect to the plaintiff and encompassed by said amended final determination in accordance with the foregoing.

533 F.Supp.2d 1359

PS CHEZ SIDNEY L.L.C., Plaintiff, v. UNITED STATES INTERNATIONAL TRADE COMMISSION, AND UNITED STATES CUSTOMS SERVICE, Defendants, and CRAWFISH PROCESSORS ALLIANCE, et al., Defendant-Intervenors.

Court No.: 02–00635

## *JUDGEMENT ORDER*

WALLACH, Judge: Upon consideration of the United States International Trade Commission's determination upon remand on Plaintiff's eligibility forByrd Amendment distributions of November, 27, 2007 ("Commission's Remand Determination"), filed pursuant to this court's decision and Order is *PS Chez Sidney, L.L.C. v. United States*, 502 F.Supp.2d 1318 (CIT 2007); the court having reviewed the Commission's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefor, it is hereby

ORDERED that the Commission's Remand Determination is in accordance with this court's decision and Order of July 26, 2007; and it is further

ORDERED that the Commission's Remand Determination is SUSTAINED.